```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                               Case No. 08-cr-131-PB

**David Caron**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for December 2, 2008, citing the need for additional time to resolve an underlying case against him in Hillsborough County and to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 2, 2008 to March 3, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 20, 2008 final pretrial conference is continued to February 19, 2009 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 17, 2008

cc: Rodkey Craighead, Jr., Esq.
    Kenneth Perkes, AUSA
    United States Probation
    United States Marshal