```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                      Case No. 08-cr-131-PB

**David Caron**


### **O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for March 3, 2009 citing the need for additional time to schedule a plea hearing at the convenience of the court and the parties.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 3, 2009 to April 7, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 19, 2009 final pretrial conference is continued to March 30, 2009 at 2:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 18, 2008

cc: Rodkey Craighead, Esq.
Kenneth Perkes, AUSA
United States Probation
United States Marshal